UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT W. GORDON, ESQ.,
                      Plaintiff,

-v-

THE CITY OF NEW YORK, *et al.*,
                      Defendants.

14-CV-6115 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The final pre-trial conference in this case was held on November 22, 2019. As ordered by the Court at that conference:

1. The jury trial will begin on Tuesday, December 3, 2019, at 9:30 a.m., in Courtroom 706.

2. The parties' motions *in limine* are granted in part and denied in part, as stated on the record.

The Clerk of Court is directed to close the motions at Docket Numbers 167 and 175.

    SO ORDERED.

Dated: November 25, 2019
       New York, New York

                                              J. PAUL OETKEN
                                              United States District Judge