UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT W. GORDON,
                           Plaintiff,

-v-

CITY OF NEW YORK, *et al.*,
                           Defendants.

14-CV-6115 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    As the Court confirmed on the record, the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

    All filing deadlines and trial dates are adjourned *sine die*.

    SO ORDERED.

Dated: December 3, 2019
       New York, New York

                                                          J. PAUL OETKEN
                                                     United States District Judge